IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVANGELA FORBES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-510C |
| | ) | (Judge Charles F. Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff hereby moves for an enlargement of time from October 27, 2006 to November 3, 2006, in which to file the Joint Preliminary Status Report ("JPSR") due today. The bases are as follows:

1. Defendant's counsel is out of the country and returning to his office on November 2, 2006. Consequently the parties cannot consult on the contents of the JPSR. Therefore, plaintiff moves for an enlargement of time to November 3, 2006, in order to allow the parties to discuss the contents of the JPSR.

2. Government counsel has advised that he does not oppose this motion.

Respectfully submitted,

**s/Jules Bernstein**

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: October 27, 2006

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 27th day of October 2006, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein