IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510C

(Filed: November 1, 2006)

EVANGELA A. FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Unopposed Motion for Enlargement of Time, filed October 27, 2006. Plaintiff requests that this court extend to November 3, 2006 the time for filing the parties' Joint Preliminary Status Report ("JPSR"). Plaintiff's counsel indicates that he is currently out of the country and unable to confer with the government on the filing of the JPSR, originally due October 27, 2006. Plaintiff's counsel states that the government does not oppose this motion.

For good cause shown, plaintiff's motion is GRANTED. The parties shall file their JPSR on or before November 3, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge