IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510C

(Filed: November 9, 2006)

EVANGELA A. FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

The court acknowledges receipt of the parties' Joint Preliminary Status Report, filed November 3, 2006. The parties shall file a Joint Status Report on or before March 1, 2007, and every 120 days thereafter.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge