IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVANGELA FORBES, Plaintiff, | ) | |
| v. | ) | Case No. 06-510C (Judge Charles F. Lettow) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on November 9, 2006, plaintiff and defendant respectfully submit the following joint status report:

1. On February 15, 2007, plaintiff's counsel provided Government counsel with a formal proposed partial settlement agreement with respect to this case and fourteen other cases involving similar claims. This proposal would resolve plaintiff's claims in this case, except for her claim based upon time spent driving a Government-owned vehicle between home and work. This proposal is currently being considered by the Government, and the Government hopes to respond to the proposal in the near future.

2. The parties further propose that proceedings relating to liability for time spent driving a Government-owned vehicle between home and work be deferred pending disposition of the petition for panel rehearing and rehearing en banc recently filed by the appellants in Stephen S. Adams, et al. v. United States, 06-5040, 06-5041 (Fed. Cir), a case in which the question of liability for time spent driving a Government-owned vehicle between home and work has been raised before the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Acting Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 305-7561
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: March 1, 2007

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: March 1, 2007

**Filed Electronically**
**with the consent of the Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 1st day of March 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein