IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510C

(Filed: March 21, 2008)

EVANGELA A. FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held on April 29, 2008, commencing at 10:00 a.m. at the National Courts Building. The particular courtroom to be used for the hearing will be listed in the lobby of the courthouse on the day of the hearing.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge