IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVANGELA FORBES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-510C |
| | ) | (Judge Charles F. Lettow) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff respectfully requests an enlargement of time of fourteen (14) days from July 18, 2008 to August 1, 2008, within which to file her dispositive motion herein. In support of this motion plaintiff shows the Court the following:

1. On April 29, 2008, the Court entered a Scheduling Order, a copy of which is attached hereto, which provides that the parties shall file dispositive motions on or before July 18, 2008. Counsel for plaintiff has proposed to Shalom Brilliant, counsel for defendant, that since counsel for defendant plans to file a motion for judgment on the pleadings on or before July 18, 2008, it would be appropriate for plaintiff to file her opposition to such motion on or before August 1, 2008 and simultaneously file a dispositive motion for partial summary judgment on or before that date. Mr. Brilliant has advised that defendant has no objection to the granting of the extension of time sought by plaintiff and therefore does not oppose the granting of the instant motion.

Wherefore, plaintiff moves the Court to grant her an extension of time until August 1, 2008 to respond to defendant's motion for judgment on the pleadings and to file her motion for partial summary judgment.

Respectfully submitted,

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: July 7, 1008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 7th day of July 2008, a copy of the foregoing "PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein