IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510C

(Filed: April 29, 2008)

EVANGELA A. FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In light of the status conference held with the parties on April 29, 2008, the court adopts the following schedule for further proceedings in the case:

| Event | Deadline |
|---|---|
| Completion of discovery | On or before June 27, 2008 |
| Dispositive motions due | On or before July 18, 2008 |

It is so ORDERED.

s/ Charles F. Lettow
Judge

ATTACHMENT