IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510C

(Filed: July 14, 2008)

EVANGELA A. FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is plaintiff's unopposed motion for an enlargement of time of fourteen days, from July 18, 2008 to August 1, 2008, within which to file her dispositive motion.

For good cause shown, plaintiff's motion is GRANTED. Plaintiff's dispositive motion shall be due on August 1, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge