IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVANGELA FORBES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-510C |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 7-day enlargement of time, to and including September 9, 2008, within which to respond to plaintiff's partial motion for summary judgment with respect to the driving-time issue and proposed findings of uncontroverted fact accompanying the motion. Currently, our responses are due on September 2, 2008. This is the defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff indicated that plaintiff will not oppose this motion.

This 7-day request for an enlargement is necessitated by the fact that, principal counsel for the Government was on annual leave during the week of August 25-29, 2008. Additionally, counsel for the agency was in training and unavailable during the same time period and the Department of Justice reviewer in this case is on leave from August 29-September 5, 2008. The additional time requested is necessary to allow Government counsel to complete draft responses to the plaintiff's partial motion for summary judgment and proposed findings of uncontroverted fact and submit the responses for review before filing.

For these reasons, defendant respectfully requests that the Court grant defendant an enlargement of time of 7 days, to and including September 9, 2008, within which to respond to

plaintiff's partial motion for summary judgment and accompanying proposed findings of uncontroverted fact.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
by Martin F. Hockey, Jr.
TODD M. HUGHES
Deputy Director

/s/ Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)616-8275
Fax: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:
Michael J. Dierberg
William P. Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

September 2, 2008