IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-510

(Filed: September 5, 2008)

EVANGELA FORBES,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is defendant's Unopposed Motion for an Enlargement of Time, filed September 2, 2008. The government requests an enlargement of time of seven days, from September 2, 2008 to September 9, 2008, to file its response to plaintiff's motion for partial summary judgment.

For good cause shown, defendant's motion is GRANTED. The government shall file its response to plaintiff's motion for partial summary judgment on or before September 9, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge